733 A.2d 491

ANNA GALLAGHER, ET AL., PLAINTIFFS–RESPONDENTS, v. BURDETTE–TOMLIN MEDICAL HOSPITAL, ET AL., DEFEN-DANTS, AND HOWARD R. GOLDSTEIN, ET AL., DEFEN-DANTS–MOVANTS.

April 30, 1999.

Leave to appeal is granted.

733 A.2d 492

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. STEVEN FORTIN, DEFENDANT–RESPONDENT.

April 30, 1999.

Leave to appeal is granted.